IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:26-ct-03196-BO

| | | |
|---|---|---|
| SARA LEWIS, individually and as Administrator of the Estate of JARED LAKE LEWIS,<br><br>Plaintiff,<br><br>v.<br><br>WAKE COUNTY, NORTH CAROLINA, *et al.*,<br><br>Defendants. | ) | **ORDER** |

Upon consideration of the Consent Motion for Extension of Time to Answer or Otherwise Respond to Complaint by Ohio Casualty Insurance Company, it appears that the Motion should be allowed.

IT IS HEREBY ORDERED that the time for the Defendant Ohio Casualty Insurance Company to file and serve an answer or other response to the Complaint is extended to September 30, 2026.

SO ORDERED. This the 9th day of September, 2026.

/s/ Peter A. Moore, Jr.
Clerk of Court