IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. **5:26-CT-3196-BO**

| | |
|---|---|
| SARA LEWIS, individually and as Administrator of the ESTATE OF JARED LAKE LEWIS,<br>Plaintiff,<br><br>v.<br><br>WAKE COUNTY, NORTH CAROLINA; WILLIE ROWE, Wake County Sheriff, in his individual and official capacities, GENE DAIL BUTLER, JR., Director of the Wake County Detention Center, in his individual capacity; OBINNAYA UMESI, Medical Director of Wake County Detention Center, in his individual capacity; OHIO CASUALTY INSURANCE COMPANY; CANDACE CALKINS, in her individual capacity; MARY ANNE VILLAREAL, in her individual capacity; ERNST BARJON, in his individual capacity; ANGELA BETHEA, in her individual capacity; NAN AYE AYE AUNG THANT, in her individual capacity; RUTH OLAITAN, in her individual capacity; CHRISTIANA ANUMUDU, in her individual capacity; KERRY DUHANEY, in her individual capacity; PRISCA UMEH, in her individual capacity; GEMMA DINGLE, in her individual capacity; RUBY DULAY, in her individual capacity; TOYIN DAODU, in her individual capacity,<br><br>Defendants. | **ANGELA BETHEA, CANDACE CALKINS, RUTH OLAITAN, KERRY DUHANEY, PRISCA UMEH, RUBY DULAY, TOYIN DAODU, MARY ANNE VILLAREAL, ERNST BARJON, NAN AYE AYE AUNG THANT, CHRISTIANA ANUMUDU, AND GEMMA DINGLE'S RULE 12(F) MOTION TO STRIKE** |

Defendants Candace Calkins, Ruth Olaitan, Kerry Duhaney, Prisca Umeh, Ruby Dulay, Toyin Daodu, Angela Bethea, Mary Anne Villareal, Ernst Barjon, Nan Aye Aye Aung Thant, Christiana Anumudu and Gemma Dingle, ("Movants") pursuant to Federal Rule of Civil Procedure 12(f) and Local Rule 7.1, hereby move to strike paragraphs 83-87 and footnotes 1-3 contained in Plaintiff's Complaint. In support of their Motion, Movants submit a Memorandum of Law being filed contemporaneously with this Motion.

WHEREFORE, Movants respectfully requests that the Court grant their Motion and strike paragraphs 83-87 and footnotes 1-3 contained in Plaintiff's Complaint.

This the 28th day of September, 2026.

**TEAGUE CAMPBELL DENNIS & GORHAM, LLP**


BY: /s/ *J. Matthew Little*

J. Matthew Little
N.C. State Bar No. 20032
Kasey C. McCalla
N.C. State Bar No. 59274
P.O. Box 19207
Raleigh, NC 27619-9207
Telephone: (919) 873-0166
Facsimile: (919) 873-1814
Emails: mlittle@teaguecampbell.com
kmccalla@teaguecampbell.com
***Attorneys for Defendants Bethea, Calkins, Villareal, Barjon, Thant, Olaitan, Anumudu, Duhaney, Umeh, Dingle, Dulay, and Daodu***

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing document in the above-entitled action upon all other parties to this cause via the CM/ECF system and via email addressed to the attorney or attorneys for said parties as follows:

Elliot S. Abrams
Cheshire Parker Schneider &
Abrams, PLLC
P.O. Box 1029
Raleigh, NC 27602
Elliot.abrams@cheshirepark.com
***Attorney for Plaintiff***

Kathryn M. Ali
Elizabeth C. Lockwood
Meghan Palmer
Ali & Lockwood LLP
501 H Street NE, Suite 200
Washington, DC 20002
Katie.ali@alilockwood.com
Liz.lockwood@alilockwood.com
Meghan.palmer@alilockwood.com
***Pro Hac Vice for Plaintiff***

Vanessa Curtis Duncan
Wake County Sheriff's Office
330 S Salisbury St
Raleigh, NC 27602
Vanessa.Duncan@wake.gov
***Attorney for Sheriff Willie Rowe and Gene Dail Butler, Jr.***

Roger A. Askew
Patrick Joseph Scott
Wake County Attorney's Office
Post Office Box 550
Raleigh, NC 27602
Roger.Askew@wake.gov
Patrick.Scott@wake.gov
***Attorneys for Wake County***

Jonathan D. Patton
Huff Powell Bailey
3737 Glenwood Avenue Ste 370
Raleigh, NC 27612
Jpatton@huffpowellbailey.com
***Attorney for Obinnaya C. Umesi, M.D.***

This the 28th day of September, 2026.

**TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

BY: */s/ J. Matthew Little*